### GEELE et al. v. TORBERT.

DUCKWORTH, Presiding Justice. This case is controlled by the decision in *Geele v. Willis,* ante, 463.

*Judgment reversed. Jenkins, Chief Justice, Bell, Wyatt, Head and Candler, Justices, and Boykin, Judge, concur. Atkinson, Justice, disqualified.*

No. 15860. JUNE 12, 1947. REHEARING DENIED JULY 11, 1947.

Counsel the same as in case next above reported.